UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:  

Michael Morgan Frierson
Stefania Stone Frierson
Debtors

CHAPTER 7
BANKRUPTCY NO. 18-30875

## DEBTORS' VERIFIED OBJECTION
## TO ACAR LEASING LTD D/B/A GM FINANCIAL LEASING'S COMBINED MOTION
## FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND
## ABANDONMENT AND REJECTION OF LEASE - 2017 CHEVROLET TRAVERSE

Come the Debtors, Michael Morgan Frierson and Stefania Stone Frierson, by counsel and for their verified response to creditor, ACAR Leasing LTD d/b/a GM Financial Leasing's Motion, state as follows:

1. The subject matter of the closed end vehicle lease agreement is a 2017 Chevrolet Traverse VIN: 1GNKRFKD3HJ172960.  (***For the record, Debtors also have a 2018 Chevrolet Traverse lease, which is the subject of a separate Motion and Response.***)

2. Upon counsel's information and belief, the value of said 2017 Chevrolet Traverse is approximately $20,493.00 per Kelley Blue Book retail.

3. On August 21, 2019, Debtors' elected to voluntarily surrender the 2017 Chevrolet Traverse to ACAR Leasing LTD d/b/a GM Financial Leasing's, agent, Bob Hook Chevrolet, in good condition, ordinary wear and tear excepted having first consulted with creditor's representative by phone.

1

4. Debtors' believed at the time of surrender of the vehicle that creditor would allow them to rescind their Reaffirmation Agreement on said 2017 Chevrolet Traverse that was filed on June 5, 2018.

WHEREFORE, Debtors' conditionally have no objection to Movant's request for an Order terminating the §362 Stay notwithstanding B.R. 4001(a)(3), and abandonment, and authorizing the Debtor(s) to surrender possession of said property, but pray for a Supplemental Agreed Order that the 2017 Chevrolet Traverse Reaffirmation Agreement is rescinded.

Respectfully Submitted,

By: /s/ Michael J. Forbes
Forbes Law Offices, PLLC
Michael J. Forbes (#85404)
Counsel for Debtors
1939 Goldsmith Lane, Suite 106
Louisville, KY 40218
502-804-5711 ext. 103
502-804-5710 – fax
forbeslegalservices@gmail.com

## VERIFICATION

I Michael Frierson, the Co-Debtor herein, have read the foregoing Response and know the contents thereof; the same are true to my knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

By: /s/ Michael Morgan Frierson
Michael Frierson, Debtor

**CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail postage prepaid to the persons listed below on the date that this pleading is filed with the court pursuant to Bankruptcy Rule 9014 on August 27, 2019:

Office of the U.S. Trustee at (registered address)@usdoj.gov

Michael E. Wheatley on behalf of the Chapter 7 Trustee's office at mwheatleytr@gmail.com

C. Wesley Pagles, Esq. on behalf of ACAR Leasing LTD d/b/a GM Financial Leasing, Creditor

And by separate envelope, by regular first-class U.S. mail, postage prepaid, to:

AmeriCredit/GM Financial, Creditor
Po Box 183853
Arlington, TX 76096

Reimer Law Co.
C. Wesley Pagles, Esq.
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222

                By: /s/ Michael J. Forbes
                Forbes Law Offices, PLLC
                Michael J. Forbes (#85404)
                Counsel for Debtors
                1939 Goldsmith Lane, Suite 106
                Louisville, KY 40218
                502-804-5711 ext. 103
                502-804-5710 – fax
                forbeslegalservices@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:                                                  CHAPTER 7
                                                         BANKRUPTCY NO. 18-30875

Michael Morgan Frierson
Stefania Stone Frierson
Debtors

**SUPPLEMENTAL ORDER**
**RESCINDING REAFFIRMATION AGREEMENT**
**ON 2017 CHEVROLET TRAVERSE**

The Court being sufficiently advised and the Debtors, Michael Morgan Frierson and Stefania Stone Frierson, and Creditor, ACAR Leasing LTD d/b/a GM Financial Leasing, being in Agreement;

IT IS HEREBY ORDERED, that the lease reaffirmation agreement entered on June 5, 2018 between Debtors and ACAR Leasing LTD d/b/a GM Financial Leasing on the 2017 Chevrolet Traverse (VIN: 1GNKRFKD3HJ172960) is rescinded.

This Order tendered by:

By: /s/ Michael J. Forbes
Forbes Law Offices, PLLC
Michael J. Forbes (#85404)
Counsel for Debtors
1939 Goldsmith Lane, Suite 106
Louisville, KY 40218
502-804-5711 ext. 103
502-804-5710 – fax
forbeslegalservices@gmail.com