UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:                                                                                CHAPTER 7

Michael Morgan Frierson
Stefania Stone Frierson
                                                                                      BANKRUPTCY NO. 18-30875

Debtors

## AGREED ORDER RESOLVING MOTION TO TERMINATE STAY AND ABANDONMENT

Movant, ACAR Leasing LTD., (hereinafter "Creditor"), Michael Morgan Frierson and Stefania Stone Frierson (hereinafter referred to as Debtor(s)), by and through the undersigned counsel, and the Trustee and having resolved the Motion to Terminate the Automatic Stay and Abandonment previously filed herein by Creditor, hereby advise the Court as follows;

IT IS HEREBY AGREED, STIPULATED AND ORDERED AS FOLLOWS:

1. The Creditor has a valid, perfected and enforceable security interest in the following described collateral: 2017 Chevrolet Traverse  VIN: 1GNKRFKD3HJ172960.

2. The amounts Debtor(s) owe to the Creditor are identified in Creditor's Proof of Claim previously filed herein.

3. There was a default on the payments at the time the Creditor filed its Motion to Terminate the Automatic Stay and Abandonment.  Payments to the Creditor by the Debtor(s) are:

4. The Debtor(s) acknowledge the account is past due for a total of $3,461.03.

5. The Debtor(s) will pay all outstanding arrearages by January 1, 2020.

6. The parties agree and acknowledge that the terms of this Agreed Order will not survive the closure, termination, dismissal or conversion of the Debtor's bankruptcy case.

7.  The terms of this agreement resolve the basis of Creditor's Motion for Relief/Terminate the Automatic Stay and are within the scope of said Motion. The motion afforded reasonable notice of the material provisions of this agreement, provided the parties receiving said motion an opportunity to request a hearing and object, so further notice is not required.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: November 12, 2019

THIS AGREED ORDER TENDERED BY:

**Reimer Law Co**.

By: /s/ C. Wesley Pagles
C. Wesley Pagles (#96817)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com

HAVE SEEN AND AGREED:

/s/ Michael J. Forbes
Michael J. Forbes
Counsel for Debtors
Forbes Law Offices, PLLC
1939 Goldsmith Lane, Suite 106
Louisville, KY  40218
502-804-5711 ext. 103

/s/ Michael E. Wheatley
Trustee

Michael E. Wheatley
PO Box 1072
Prospect, KY  40059
502-744-6484