UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:  CHAPTER 7
BANKRUPTCY NO. 18-30875

Michael Morgan Frierson
Stefania Stone Frierson
Debtors

**DEBTORS' OBJECTIONS TO
ACAR LEASING LTD D/B/A GM FINANCIAL LEASING'S MOTION & AMENDED
MOTION TO TERMINATE AUTOMATIC STAY/REJECT EXECUTORY CONTRACT
PURSUANT TO BANKRUPTCY RULES 4001 AND 6006**

Come the Debtors, Michael Morgan Frierson and Stefania Stone Frierson, by counsel and for their verified response to creditor, ACAR Leasing LTD d/b/a GM Financial Leasing's Motion, state as follows:

1. The subject matter of the closed end vehicle lease agreement is a 2017 Chevrolet Traverse VIN: 1GNKRFKD3HJ172960.  (***For the record, Debtors also have a 2018 Chevrolet Traverse lease, which is not at issue.***)

2. Debtors' previously entered into an Agreed Order Resolving Motion to Terminate Stay and Abandonment that was approved by the Court, so as to surrender the subject 2017 Traverse and pay a balance of $3,461.03 (See Exhibit "A").

3. Debtors' did in fact surrender the 2017 Traverse to ACAR by and through ACAR's agent, Bob Hook Chevrolet, more than a year ago on August 5, 2019, as documented by the attached vehicle Condition Report and Odometer Statement (See Exhibit "B").

1

4.  Debtors' also paid the agreed sum of $3,461.03 to ACAR in two payments; one for $2,500, on or about August 29, 2019, and one for $961.03, on or about January 22, 2020.  (See Exhibits "C" and "D").

5.  Debtors' are current on their monthly payments on a separate 2018 Traverse also leased through ACAR, which is not at issue herein.

WHEREFORE, Debtors' pray that ACAR's Motion and Amended Motion for any relief on the 2017 Traverse be denied as already having been resolved by accord and satisfaction.

Respectfully Submitted,


By: /s/ Michael J. Forbes
Forbes Law Offices, PLLC
Michael J. Forbes (#85404)
Counsel for Debtors
1939 Goldsmith Lane, Suite 106
Louisville, KY 40218
502-804-5711 ext. 103
502-804-5710 – fax
forbeslegalservices@gmail.com


## CERTIFICATE

I hereby certify that the foregoing either has been sent electronically, or by first class mail postage prepaid to the persons listed below on the date that this pleading is filed with the court pursuant to Bankruptcy Rule 9014 on August 17, 2020:

Office of the U.S. Trustee at (registered address)@usdoj.gov

Michael E. Wheatley on behalf of the Chapter 7 Trustee's office at mwheatleytr@gmail.com

C. Wesley Pagles, Esq. on behalf of ACAR Leasing LTD d/b/a GM Financial Leasing, Creditor

And by separate envelope, by regular first-class U.S. mail, postage prepaid, to:

AmeriCredit/GM Financial, Creditor
Po Box 183853
Arlington, TX 76096


Reimer Law Co.
C. Wesley Pagles, Esq.
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222


          By: /s/ Michael J. Forbes
          Forbes Law Offices, PLLC
          Michael J. Forbes (#85404)
          Counsel for Debtors
          1939 Goldsmith Lane, Suite 106
          Louisville, KY 40218
          502-804-5711 ext. 103
          502-804-5710 – fax
          forbeslegalservices@gmail.com

**UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

IN RE:                                        CHAPTER 7
                                              BANKRUPTCY NO. 18-30875

Michael Morgan Frierson
Stefania Stone Frierson
Debtors

**ORDER**

The Court being sufficiently advised that the subject 2017 Traverse was returned per agreement to ACAR and that Debtors' paid the sum of $3,461.03 in full;

IT IS HEREBY ORDERED, that the ACAR Leasing LTD d/b/a GM Financial Leasing Motion on the 2017 Chevrolet Traverse (VIN: 1GNKRFKD3HJ172960) is denied.

This Order tendered by:

By: /s/ Michael J. Forbes
Forbes Law Offices, PLLC
Michael J. Forbes (#85404)
Counsel for Debtors
1939 Goldsmith Lane, Suite 106
Louisville, KY 40218
502-804-5711 ext. 103
502-804-5710 – fax
forbeslegalservices@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:                                              CHAPTER 7

Michael Morgan Frierson
Stefania Stone Frierson
                                                    BANKRUPTCY NO. 18-30875

Debtors

### AGREED ORDER RESOLVING MOTION TO TERMINATE STAY AND ABANDONMENT

Movant, ACAR Leasing LTD., (hereinafter "Creditor"), Michael Morgan Frierson and Stefania Stone Frierson (hereinafter referred to as Debtor(s)), by and through the undersigned counsel, and the Trustee and having resolved the Motion to Terminate the Automatic Stay and Abandonment previously filed herein by Creditor, hereby advise the Court as follows;

IT IS HEREBY AGREED, STIPULATED AND ORDERED AS FOLLOWS:

1.   The Creditor has a valid, perfected and enforceable security interest in the following described collateral: 2017 Chevrolet Traverse  VIN: 1GNKRFKD3HJ172960.

2.   The amounts Debtor(s) owe to the Creditor are identified in Creditor's Proof of Claim previously filed herein.

3.   There was a default on the payments at the time the Creditor filed its Motion to Terminate the Automatic Stay and Abandonment.  Payments to the Creditor by the Debtor(s) are:

4.   The Debtor(s) acknowledge the account is past due for a total of $3,461.03.

5.   The Debtor(s) will pay all outstanding arrearages by January 1, 2020.

6.   The parties agree and acknowledge that the terms of this Agreed Order will not survive the closure, termination, dismissal or conversion of the Debtor's bankruptcy case.

EXHIBIT "A"
(3 PAGES)

7. The terms of this agreement resolve the basis of Creditor's Motion for Relief/Terminate the Automatic Stay and are within the scope of said Motion. The motion afforded reasonable notice of the material provisions of this agreement, provided the parties receiving said motion an opportunity to request a hearing and object, so further notice is not required.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: November 12, 2019

THIS AGREED ORDER TENDERED BY:

**Reimer Law Co**.


By: /s/ C. Wesley Pagles
C. Wesley Pagles (#96817)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com


HAVE SEEN AND AGREED:


/s/ Michael J. Forbes
Michael J. Forbes
Counsel for Debtors
Forbes Law Offices, PLLC
1939 Goldsmith Lane, Suite 106
Louisville, KY  40218
502-804-5711 ext. 103


/s/ Michael E. Wheatley
Trustee

Michael E. Wheatley
PO Box 1072
Prospect, KY  40059
502-744-6484

# CONDITION REPORT AND ODOMETER STATEMENT - DEALER INSPECTIONS

| CUSTOMER NAME | DATE RETURNED | PLATE #/LOCATION |
|---|---|---|
| Michael Frierson | 08-5-19 | |

| VIN NUMBER | YEAR | MAKE | MODEL/TRIM LEVEL | COLOR | PRIMARY DLR # |
|---|---|---|---|---|---|
| 1GNKRFKD3HJ172960 | 17 | Chevy | Traverse | Blue | |

**PULL AHEAD:** Yes ___ No ___  Last 8 digits of **REPLACEMENT VIN:** _____

| DEALERSHIP NAME | DEALERSHIP ADDRESS | TELEPHONE # | CONTACT PERSON |
|---|---|---|---|
| BOB HOOK CHEVROLET, INC. | 4144 BARDSTOWN ROAD | 502-499-0800 | |

## ODOMETER DISCLOSURE STATEMENT

Federal Law (and State law, if applicable) requires that the lessee disclose the mileage to the lessor in connection with the transfer of ownership. Failure to complete or making a false statement may result in fines and/or imprisonment. Complete the disclosure form below and return it to the lessor.

I, X _Michael Frierson_ (Lessee, Print) state that the odometer now reads _31,530_ (No Tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described above, unless one of the following statements is checked.

[X] I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
[ ] I hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon.

Lessee's Name _____  
Street Address _____  
City, State and ZIP _____  
Date of Statement _____  
Lessee's Signature X _____

Lessor's Name _____  
Date Disclosure Form Sent to Lessee _____  
Date Completed Disclosure Form Received from Lessee _____  
Lessor's Signature X _____

### IF DAMAGE IS OBSERVED, INDICATE ESTIMATED $ AMOUNT-IF NO DAMAGE INDICATE WITH "0"

| | EST $ AMT | DEALER DESCRIBE DAMAGE | EST $ AMT | TRANSPORT DESCRIBE DAMAGE |
|---|---|---|---|---|
| Glass | | | | |
| Body | | | | |
| Paint | | | | |
| Interior | | | | |
| Interior - Odor | | | | |
| Missing Equip. | | | | |
| Tires | | | | |
| Mechanical | | | | |
| Poor Repair | | | | |
| Other | | | | |
| Total | | | | |

**ADDITIONAL EQUIPMENT:**

| | Yes | No | | Yes | No | **TRANSPORTER INITIALS:** | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CD Changer | ☐ | ☐ | Custom Roof | ☐ | ☐ | CD Changer | ☐ | ☐ | Custom Roof | ☐ | ☐ |
| Custom Wheels | ☐ | ☐ | Trailer Package | ☐ | ☐ | Custom Wheels | ☐ | ☐ | Trailer Package | ☐ | ☐ |
| Running Boards | ☐ | ☐ | Car Phone | ☐ | ☐ | Running Boards | ☐ | ☐ | Car Phone | ☐ | ☐ |
| Gold Package | ☐ | ☐ | OnStar | ☐ | ☐ | Gold Package | ☐ | ☐ | OnStar | ☐ | ☐ |
| Sunroof | ☐ | ☐ | Other: ___ | ☐ | ☐ | Sunroof | ☐ | ☐ | Other ___ | ☐ | ☐ |
| Alarm/LoJack | ☐ | ☐ | Other: ___ | ☐ | ☐ | Alarm/LoJack | ☐ | ☐ | Other ___ | ☐ | ☐ |

### TO BE COMPLETED BY CUSTOMER:

Has vehicle been damaged in your possession?   Yes ☐   No ☒   If yes, amount of damage $ _____  
Has the damage been repaired?   Yes ☐   No ☒  
If yes, date repaired _____   If no, if an insurance claim needs to be (or has been) filed, please complete the section below:  
Insurance Company _____ Phone # _____ Claim # _____  
Are you purchasing this vehicle?   Yes ☐   No ☒  
Vehicle remotes (key fobs) returned with vehicle?   Two ☒   One ☐   None ☐

**IMPORTANT**   Signature acknowledges that the information is true and correct and the vehicle is being returned with original equipment and damage amounts are correct.

CUSTOMER _Michael Frierson_   BY _Michael Frierson_   DATE _____  
DEALER _Bob Hook Chevrolet_   BY _____   DATE _8-5-19_  
TRANSPORTER _____   BY _____   DATE _____

### TO BE COMPLETED BY DEALER (check one):

[X] VEHICLE PICK UP REQUEST   [ ] DEALER PURCHASING VEHICLE   BY _____   DATE _____

**EXHIBIT "B"**  
**(2 PAGES)**

**GM | GM FINANCIAL**

## ODOMETER DISCLOSURE STATEMENT
(Leased Vehicle)

FEDERAL LAW(AND STATE LAW IF APPLICABLE) REQUIRES THAT THE LESSEE DISCLOSE THE MILEAGE TO THE LESSOR IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I, _Michael Frierson_ STATE THAT THE ODOMETER
(NAME OF PERSON MAKING DISCLOSURE, PLEASE PRINT)

NOW READS _39,530_ MILES:
(ODOMETER READING - NO TENTHS)

[X] 1. I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING IS THE ACTUAL MILEAGE

[ ] 2. I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS

[ ] 3. I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING IS NOT THE ACTUAL MILEAGE

| MAKE | MODEL | BODY TYPE |
|---|---|---|
| Chevrolet | Traverse | SUV |
| VEHICLE IDENTIFICATION NUMBER | LICENSE PLATE NUMBER | YEAR |
| 1GNKRFKD5HJ112916 | | 2017 |
| LESSEE SIGNATURE / DATE | | LESSEE NAME - PLEASE PRINT |
| Michael M Frierson   08/05/19 | | Michael Frierson |
| LESSEE'S STREET ADDRESS | 425 S. Hubbards Lane #253 | |
| CITY | STATE | ZIP CODE |
| Louisville | Ky | 40207 |
| LESSOR'S NAME | GM FINANCIAL LEASING, | |
| LESSOR'S STREET ADDRESS | ATTN: PAYMENT SERVICES, 4100 EMBARCADERO | |
| CITY, STATE, ZIP CODE | DR., ARLINGTON, TX 76014 | |
| DATE DISCLOSURE FORM SENT TO LESSEE | | |
| DATE COMPLETED DISCLOSURE FORM RECEIVED FROM LESSEE | | |
| LESSOR'S SIGNATURE | | |

PLEASE RETURN ALL PAGES OF THIS STATEMENT AND YOUR CHECK MADE PAYABLE TO:

**GM Financial Leasing ATTN: Payment Services 4100 Embarcadero Dr. Arlington, TX 76014**

Western Union Bill Payment Services, Inc.
P.O. Box 8525
Coral Springs FL 33075

RMT ▲ 016606

Michael Frierson
425 S Hubbards Ln Apt 253
Louisville KY 40207-4091

August 31, 2019

This is Your Western Union® Money Transfer receipt and confirms Your authorization for a one-time electronic bill payment to GM Financial Vehicle Lending on 8/29/2019 11:47:42 AM. The Total amount will be debited from, or charged to, Your Bank Account or Card listed below.

Confirmation Number: 0028334362

Account Number with Receiver: **********3165
Your Bank Account or Card #: *****2672

Receiver: GM Financial Vehicle Lending
4001 Embarcadero
Arlington TX 76014

Date Available for Posting: 08/29/2019

Payment Amount: $2,500.00
Money Transfer Fee: $10.00
Additional Fees: $0.00
Transfer Taxes: $0.00
Total: $2,510.00

Please contact GM Financial Vehicle Lending directly at the address listed above, or by calling toll-free to 1-800-437-7034 if you have questions about the posting of this Payment to Your GM Financial Vehicle Lending account ending with **********3165.

**TEXAS CONSUMERS:** Complaints concerning sale of checks or money transmission activities should be directed to: Western Union Financial Services, Inc., P.O. Box 6036, Englewood, Colorado 80112 or call 1-800-325-4045. After first contacting Western Union, if you still have an unresolved complaint regarding the company's sale of checks or money transmission activities, please direct your complaint to: Texas Department of Banking, 2601 North Lamar Boulevard, Austin, Texas 78705; Telephone Number: 1-877-276-5554, Fax Number: 1-512-475-1313, e-mail address: consumer.complaints@dob.texas.gov; Website Address: www.dob.texas.gov.

THE RETAIL MONEY TRANSFER SERVICE ("Service") IS PROVIDED BY WESTERN UNION FINANCIAL SERVICES, INC. ("WESTERN UNION" OR "US") AND IS SUBJECT TO THESE TERMS AND CONDITIONS AND APPLICABLE LAW. Additional information regarding the Services may be obtained at www.westernunion.com. Each bill payment conducted through the Service is a money transfer performed by Western Union ("Payment") on behalf of you, the sender, of that money transfer ("You" or "Your"). Typically, the receiver of Your Payment ("Receiver") will post Your Payment to Your account within two (2) business days after it has been processed by Us. The amount charged to Your credit card or withdrawn from Your account (listed above as "Total Payment Amount") includes the amount of Your Payment to the Receiver and the Western Union Transfer Fee. Your bank or bank card issuer may also assess fees or charges related to the Payment. Western Union is not involved in the administration or collection of Your account with the Receiver, nor is Western Union involved or associated with the goods and/or services provided by Receiver. If You have any questions regarding Your Payment, or wish to make corrections to the information listed above, please contact Western Union at the address or telephone number listed below.

**Cancellations and Refunds:** Except as required by law, You may not cancel a Payment once it has been charged to Your credit card or debited from Your bank account. Except as required by law, no refunds of the payment or the Western Union Transfer Fee are available after Your credit card or bank account has been charged or debited.

The following provision applies only to Payment transactions from California: RIGHT TO REFUND: "You, the customer, are entitled to a refund of the money to be transmitted as the result of this agreement if Western Union does not forward the money received from You within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by You within 10 days of the date of the receipt of the funds from You unless otherwise instructed by You. If Your instructions as to when the moneys shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted You have a right to a refund of Your money. If You want a refund, You must mail or deliver Your written request to Western Union at PO Box 6036, Englewood, CO 80112. If You do not receive Your refund, You may be entitled to Your money back plus a penalty of up to $1,000 and attorney's fees pursuant to Section 2102 of the California Financial Code."

EXHIBIT "C"
(1 PAGE)

Western Union Financial Services, Inc.
P.O. Box 8525
Coral Springs FL 33075



RMT ▲ 014788

Michael Frierson
425 S Hubbards Ln Apt 253
Louisville KY 40207-4091

January 24, 202

This is Your Western Union® Money Transfer receipt and confirms Your authorization for a one-time electronic bill payment to GM Financial Vehicle Lending on 1/22/2020 1:44:58 PM. The Total amount will be debited from, or charged to, Your Bank Account or Card listed below.

Confirmation Number: 0032389092

Account Number with Receiver: ******0329
Your Bank Account or Card #: *****2672

Receiver: GM Financial Vehicle Lending
4001 Embarcadero
Arlington TX 76014

Date Available for Posting: 01/22/2020

Payment Amount: $961.03
Money Transfer Fee: $10.00
Additional Fees: $0.00
Transfer Taxes: $0.00
Total: $971.03

Please contact GM Financial Vehicle Lending directly at the address listed above, or by calling toll-free to 1-800-437-7034 if you have questions about the posting of this Payment to Your GM Financial Vehicle Lending account ending with ******0329.

**TEXAS CONSUMERS:** Complaints concerning sale of checks or money transmission activities should be directed to: Western Union Financial Services, Inc., P.O. Box 6036, Englewood, Colorado 80112 or call 1-800-325-4045. After first contacting Western Union, if you still have an unresolved complaint regarding the company's sale of checks or money transmission activities, please direct your complaint to: Texas Department of Banking, 2601 North Lamar Boulevard, Austin, Texas 78705; Telephone Number: 1-877-276-5554, Fax Number: 1-512-475-1313, e-mail address: consumer.complaints@dob.texas.gov; Website Address: www.dob.texas.gov.

THE RETAIL MONEY TRANSFER SERVICE ("Service") IS PROVIDED BY WESTERN UNION FINANCIAL SERVICES, INC. ("WESTERN UNION" OR "US") AND IS SUBJECT TO THESE TERMS AND CONDITIONS AND APPLICABLE LAW. Additional information regarding the Services may be obtained at www.westernunion.com. Each bill payment conducted through the Service is a money transfer performed by Western Union ("Payment") on behalf of you, the sender, of that money transfer ("You" or "Your"). Typically, the receiver of Your Payment ("Receiver") will post Your Payment to Your account within two (2) business days after it has been processed by Us. The amount charged to Your credit card or withdrawn from Your account (listed above as "Total Payment Amount") includes the amount of Your Payment to the Receiver and the Western Union Transfer Fee. Your bank or bank card issuer may also assess fees or charges related to the Payment. Western Union is not involved in the administration or collection of Your account with the Receiver, nor is Western Union involved or associated with the goods and/or services provided by Receiver. If You have any questions regarding Your Payment, or wish to make corrections to the information listed above, please contact Western Union at the address or telephone number listed below.

**Cancellations and Refunds:** Except as required by law, You may not cancel a Payment once it has been charged to Your credit card or debited from Your bank account. Except as required by law, no refunds of the payment or the Western Union Transfer Fee are available after Your credit card or bank account has been charged or debited.

The following provision applies only to Payment transactions from California: RIGHT TO REFUND: "You, the customer, are entitled to a refund of the money to be transmitted as the result of this agreement if Western Union does not forward the money received from You within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by You within 10 days of the date of the receipt of the funds from You unless otherwise instructed by You. If Your instructions as to when the moneys shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted You have a right to a refund of Your money. If You want a refund, You must mail or deliver Your written request to Western Union at PO Box 6036, Englewood, CO 80112. If You do not receive Your refund, You may be entitled to Your money back plus a penalty of up to $1,000 and attorney's fees pursuant to Section 2102 of the California Financial Code."

EXHIBIT "D"
(1 PAGE)