**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| | BANKRUPTCY NO. 18-30875 |
| Michael Morgan Frierson | |
| Stefania Stone Frierson | |
| Debtors | |

**ACAR LEASING LTD DBA GM FINANCIAL LEASING'S WITHDRAWAL OF THE MOTION FOR RELIEF FROM STAY AND ABANDONMENT**

Comes now ACAR Leasing LTD DBA GM Financial Leasing, by counsel, and gives notice of the withdrawal of the Motion for Relief From Stay and Abandonment filed on August 14, 2020 (Docket no. 20).


Reimer Law Co.


By: /s/ C. Wesley Pagles
C. Wesley Pagles (#96817)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com

## **CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court pursuant to Bankruptcy Rule 9014:

Office of the U.S. Trustee at (registered address)@usdoj.gov

Michael E. Wheatley on behalf of the Chapter 7 Trustee's office at mwheatleytr@gmail.com

Michael J. Forbes Esq. on behalf of Michael Morgan Frierson, Debtor at

And by separate envelope, by regular first-class U.S. mail, postage prepaid, to:

Michael Morgan Frierson, Debtor
2105 Little Creek Ct, Apt 2
Louisville, KY 40218

Stefania Stone Frierson, Debtor
2105 Little Creek Ct., Apt 2
Louisville, KY 40218

Reimer Law Co.

By: /s/ C. Wesley Pagles
C. Wesley Pagles (#96817)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com