# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Michael Morgan Frierson<br>and Stefania Stone<br>Frierson<br><br>Debtor(s) | Case No.:18−30875−jal<br><br>Chapter: 7<br>Judge: Joan A. Lloyd |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion for Relief from Stay and Abandonment regarding 2017 Chevrolet Traverse VIN: 1GNKRFKD3HJ172960 Filed by Creditor ACAR Leasing LTD dba GM Financial Leasing 39 and on Amended Motion/Application for Relief From Stay and Abandonment 39 Motion for Relief from Stay and Abandonment regarding 2017 Chevrolet Traverse VIN: 1GNKRFKD3HJ172960 filed by Creditor ACAR Leasing LTD dba GM Financial Leasing) Filed by Creditor ACAR Leasing LTD dba GM Financial Leasing 40 and on the Response filed thereto. Hearing scheduled for 9/29/2020 at 10:00 AM (Eastern Time) at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202. cc: sl and objecting party (Gudgel, A)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 8/20/20

By: amg  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                            Western District of Kentucky
In re:                                                          Case No. 18-30875-jal
Michael Morgan Frierson                                         Chapter 7
Stefania Stone Frierson
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0644-3          User: agudgel             Page 1 of 1            Date Rcvd: Aug 20, 2020
                              Form ID: 220              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db/jdb         +Michael Morgan Frierson,    Stefania Stone Frierson,    425 S. Hubbards Lane, Apt 253,
                 Louisville, KY 40207-4091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 19:51:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              Carl Wesley Pagles    on behalf of Creditor    ACAR Leasing LTD dba GM Financial Leasing
               reimer.ecf@reimerlaw.com
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Michael E. Wheatley    mwheatleytr@gmail.com, ky36@ecfcbis.com
              Michael J. Forbes    on behalf of Debtor Michael Morgan Frierson forbeslegalservices@gmail.com,
               Michael.forbes66@gmail.com
                                                                                              TOTAL: 4
```